Harry Brainin, Appellant, v. Great Lakes Supply Corporation, Defendant. Luke R. Neip, Appellee.

Gen. No. 46,739. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Released for publication April 30, 1956.

Samuel
Morgan, for appellant; Halfpenny & Hahn, for appellee. Opinion
by PRESIDING JUSTICE FRIEND. Not to be published in full.